UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GENEVIEVE BALIETTE,<br>         PLAINTIFF,<br><br>     v.<br><br>DALE CORBETT, MIKE BATES,<br>and VAN ZANDT COUNTY, TEXAS.<br>         DEFENDANTS. | CIVIL ACTION<br><br>No.:  6:21-cv-00304-JDK |

NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW GENEVIEVE BALLIETTE, Plaintiff, and respectfully gives her Notice of Settlement in the above styled and enumerated cause of action.  Counsel for Plaintiff and Defendants are drafting the necessary documents and expect to file final documents not later than February 11, 2022.

_____
David D. Davis
State Bar No.:  00790568

LAW OFFICE OF DAVID D. DAVIS, PC
8150 N. Central Expy., Ste. 1100
Dallas, Texas  75206
972.639.3440  Telephone
972.639.3640  Facsimile
ddd@dddavislaw.net

Attorney for Plaintiff

Certificate of Service

    This is to certify that a true and correct copy of the foregoing document will be served on counsel for Defendants, Lee I. Correa, contemporaneously with the service of this Notice via electronic means.

                                                                                            _____

                                                                                            David D. Davis