IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GENEVIEVE BALLIETTE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:21CV304-JDK |
| | § | |
| DALE CORBETT, MIKE BATES, | § | *JURY DEMANDED* |
| and VAN ZANDT COUNTY, TEXAS, | § | |
| *Defendants.* | § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Genevieve Balliette ("Plaintiff"), and files this her Motion to Dismiss and in support thereof respectfully show unto the Court the following:

1. Plaintiff no longer wishes to pursue any claims against Defendants Dale Corbett, Mike Bates, and Van Zandt County, Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court dismiss all claims and Defendants with prejudice to refiling, with all Parties to bear their own costs of Court and attorney's fees.

Respectfully submitted,

LAW OFFICES OF DAVID D. DAVIS, PC
8150 N. Central Expressway, Ste. 1100
Dallas, Texas 75206
972.639.3440
972.639.3640

_____
**DAVID D. DAVIS**
State Bar No.: 00790568
ddd@dddavislaw.net

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on February 11, 2022, in the following manner:

    __X__   Via Email Transfer

                                                  _____

                                                    **David. D. Davis**