IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GENEVIEVE BALIETTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-304-JDK |
| | § | |
| DALE CORBETT, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Genevieve Balliette's Motion to Dismiss (Docket No. 8). The Court hereby **GRANTS** the motion and **DISMISSES** Plaintiff's claims against Defendants in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All parties will bear their own costs and attorney's fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **14th** day of **February, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE